# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

JSB HWY 21 LOTS, LLC.,
BARRISTER CONSTRUCTION, LLC
AND JOHN S. BOWERS, III

NO. 2024 CW 0788

VERSUS

AARON CONSTRUCTION, LLC AND
HALLMARK INSURANCE COMPANY

**DECEMBER 4, 2024**

---

In Re:     Hallmark Specialty Insurance Company, applying for
           supervisory writs, 22nd Judicial District Court, Parish
           of St. Tammany, No. 202011296.

---

**BEFORE:    WOLFE, MILLER, AND GREENE, JJ.**

**WRIT DENIED.**

EW
SMM
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT